Nikita Lewis

███████████████

███████████████

Cell: ███████████

Email: ██████████████████

01/09/2026

The Honorable R. David Proctor

U.S. District Court

1729 Fifth Avenue North

Birmingham, Alabama 35203

Dear Honorable Judge R. David Proctor,

I am writing this letter to provide the court with additional information about our son, Jalan Lewis, who has pleaded guilty to a federal offense before your court. Our son recognizes the seriousness of his actions and has shown genuine remorse, accepting full responsibility for what he has done. Our sincere thoughts and prayers go out to the victim and the family. We pray that this letter will give insight into Jalan's character for his upcoming sentencing hearing.

My husband, Tari Lewis (60 yrs old) and I, Nikita Lewis (52 yrs old) currently reside in Menifee, California. We are both CA licensed Assisted Living Administrators. We owned and operated a senior care home business from April 2019 to November 2025. We opened our home to care for low-income seniors with terminal illnesses, along with staff and community partners, such as Placement Agencies, Hospice Agencies and government agencies. As of January 2026, my husband and I are attending school pursuing our new careers for certifications in Medical Billing and Coding.

As his step-parent, I have known Jalan for over 12 years. His father and I married in October 2018. Since I have known Jalan, he has been a caring, devoted member of our family and I can attest to the positive qualities he possesses. Even though we live in California we spoke with Jalan a few times a week. We would talk about the challenges he faced at the time as well as his future plans, encouraging him to keep moving forward and keep God first. We continue to speak with Jalan during his incarceration of over a year. His journey has not always been easy, but he has always demonstrated a willingness to learn from his experiences and to thrive for personal improvement.

Jalan has amazing skills of being a potential chef. He ventured to South Dakota, Florida and Montana seeking new opportunities as a cook. He would often cook dinner for the family, improving

his skills, trying out new recipes. Regularly teaching his nieces, ███ and ███ how to cook mac-n-cheese and other savory dishes. ███, his nephew, is 5 yrs old. Jalan loves his nieces and nephew and would often babysit, playing video games and taking them out for ice cream. Jalan's commitment to his family and his efforts to contribute meaningfully to our household are clear reflections of his true nature.

Jalan is a kind and compassionate person, in spite of the criminal conduct. Whenever a family member was in need he would be there to help. I remember the time when his sister, Torie, needed help moving to her new apartment. He was there, front and center to assist. At times, we had phone calls with our son telling him about the challenges we were facing. Jalan would always have encouraging words for us despite what he may have been going through.

This experience has deeply affected him, and our family has witnessed his sincere efforts to make amends and change for the better. Jalan has grown spiritually and emotionally since being incarcerated and reading the bible regularly, as well as other books. He is committed to rehabilitation and to becoming a productive member of society. We understand and recognize that our son's actions were criminal. Respectfully and humbly, we ask for a more lenient sentence that would allow him the opportunity to continue his journey of personal growth and to contribute positively to our community.

Thank you for your time and consideration of our request. We trust in your judgment and in the court's commitment to justice tempered with compassion. Please let us know if you require any additional information regarding our son's character or our family's support for his rehabilitation.

Respectfully,

Nikita Lewis

The Honorable Judge R. David Proctor                                      8 January, 2026
U.S. District Court
1729 Fifth Avenue North
Birmingham, Alabama 35203

Dear Honorable Judge R. David Proctor,

My name is Tari Lewis. I am 60 years old and I am proud to say, that I am Jalan Christophe Lewis' Father. I am writing this letter to you (The court), to provide as much information about Jalan C. Lewis, as I can, before his sentencing hearing.

I am a resident of the state of California. I (along with my wife Nikita Lewis), at the time of this incident, owned and operated a 6 Bed Senior Care Facility that we started in 2018 to honor Jalan's Grandfather, who passed away in 2016 from Alzheimer's and Dementia. Recently, we have transitioned from the Senior Care business into (currently) creating a Medical Billing and Coding business. Our Backgrounds have been in the caring of others, whether through the medical field (which both Nikita and I have extensive work experience) over 30 plus years, taking in seniors (in our former business) who could not afford to get Healthcare services in skilled nursing facilities, rehabilitation facilities or most hospitals because of no insurance or money to pay for living in a facility and receiving 24/7 care, or serving the community though charitable work. We are people who "Serve to be of service".

Your Honor, I have known Jalan all his life. I know that sounds like a standard cliché or maybe even redundant. I love my first-born son, and he will always be someone that I love, and he will always be "My Son". There is no doubt about that. From time to time as Jalan grew up (in his teen years), of course as a father and Son relationship, we did not always see eye to eye on things, and he would let me know and I would let him know. That is a natural thing in a relationship between two people. I have always tried to teach Jalan about God; the differences between right and wrong, the good and the bad, love and hate. Although, as in most families, sometimes the messages are not clear. "That is always the Generals fault for not delivering the correct message to his troops" to lead them to absolute success. That, Your Honor, is "My fault". But over time, Jalan began to get things in order. We would talk often about everything that was on his mind that day, good or bad. As it turned out, Jalan finally told me that "Pops, don't think I haven't heard you all this time, I just couldn't understand, until now". That is when I finally saw Jalan as an adult.

As Jalan grew into his mid to late 20's, he turned a "big corner" and started to be a responsible as an adult. He applied for jobs in either Montana, North Dakota or South Dakota. After getting the job he applied for, he drove to those locations to start working in the Oil fields as a cook to serve the workers as they came off their shifts to eat. He called me to let me know, after he was already there. He said to me at the time that, "Dad, I wanted you to be proud of me and that I made my own decision to get out of my comfort zone and be a man". I replied," I am proud of you and I Love you Son". When his contract ran out with that company, he got a job cleaning up facilities, and houses with another company in Florida that offered him the ability to travel around the U.S. while performing these duties. Again, I let him know how proud I was of him in his efforts to make way for himself. After that, Jalan started working for UPS in Tuscaloosa, Alabama and was making good progress on his performance, to the point they were going to send him to Chicago, Illinois to get training for a higher position within UPS. He has taken care of his siter, Torie, when she needed help, whether it be help financially or otherwise or he has always helped with his Nieces, ████(13yrs) and ████(8yrs) and his only Nephew, ████ (5yrs) as a male figure in their lives. Jalan Christophe Lewis has "value" your Honor, despite the reason(s) he will come before you.

Your Honor, I as a father, was absolutely stunned to hear that Jalan had been arrested. Of course, it broke my heart, it devastated me, I felt let down. Jalan did not reach out to me at first. I guess, because of his own remorse or guilt, or whatever he thought, that I would think, due to the severity of the charges. When the charges became "Federal Charges", Jalan, not his appointed Lawyer, told me that he was being charged Federally. At that time, Jalan and I began to talk about his situation and to make a long story short your Honor, Jalan, along with guidance from me, decided it was in his best interest to plead "Guilty" to the charges.

2

As I write this Letter to you, your Honor, and to the Federal Court System, I am not minimizing what Jalan has plead guilty to, nor am I minimizing anyone involved. I am writing this to you to say that Jalan Christophe Lewis is aware of his actions. He knows that he will have to reconcile with himself, the victim in this matter and her family, as well as his family and the State of Alabama. Jalan has a lot to atone for. I believe in his heart and mind, he understands this.

Your Honor, (If I could) I would ask that at the time of sentencing if it is at all possible, now that you have gotten a better understanding of who Jalan Christophe Lewis really is, that you find a way to give Jalan a chance to "Be of service" once again. Should Jalan be reprimanded for his crime? Yes. But should he be struck down for decades because of his crimes? No. Your Honor, Jalan Christophe Lewis has made a terrible decision, but Jalan Christophe Lewis "is still" and can be a productive member of society.

 I would also add your Honor, Whenever you decide that it is the right time for Jalan to enter back into society, he will be hindered once again, because he will have to register as an "sex offender" and that will have costly consequences at that time in terms of employment, living arrangements and conditions, and any other unforeseen obstacles he will face. Your Honor, I ask you and the Courts to find a way to be fair to all parties involved. I ask you to show the greatest amount of "Leniency" in his sentencing and that you consider "all" the circumstances that are involved both today and in the future. I also ask that (if possible) you let him read these letters about him or send copies with him after sentencing so he can understand that he has a "purpose" and possibly a future to be a good member of society, once again, while he is doing his time.

Your Honor R. David Proctor, I thank you for the opportunity to address you and the courts in the case before you of Jalan Christophe Lewis. My Son.

With gratitude and sincerity,

*Tari Christophe Lewis*

Tari Christophe Lewis

████████████████

██████████████████

3

January 10, 2026

The Honorable R. David Proctor
U. S. District Court 1720 Fifth Avenue North
Birmingham, Alabama 35293

The Honorable R. David Proctor:

This letter is written in support of Mr. Jalan Lewis, who has been incarcerated due to his having pled guilty to a federal crime. I am Jalan's grandmother who has known him and loved him all his life.

I am an educator with a doctorate from The University of San Francisco, studies at the University of Southern California and Harvard University and graduate of The California Leadership Academy. I have spent my adult life working with children with behavior and juvenile delinquency problems and with children with special needs. My doctoral thesis was on "The Socioeconomic Status and Placement of Juvenile". I have been Superintendent of Schools in Alabama and California and a Chief Financial Officer for the Alabama State Department of Education. I am the author and publisher of six children's books and one novel.

As Jalan's grandmother and with my background in education and juvenile diversion, I believe I am able to discern the qualities that Jalan possess that will make him a model citizen if given a second chance to demonstrate these qualities.

He is a loving, gentle and thoughtful person who has shown love and affection to me and his family. When I lived in Alabama, he often stayed with me and his grandfather. He grew up as part

of our lives.  Each time we meet, he picks me up, kisses me  and tells me, "I love you, Grandma."  I always say, "I love you, too."

As Jalan's loving Grandma, I pray to God for his release and beg you to grant him his freedom. I truly believe that he will learn from this experience and that he will go on to live a decent life surrounded by me and others who love him and who care about his welfare.

With the  greatest respect for your position in determining the future  of those individuals who come before you, I am pleading for my grandson, Jalan Lewis, to be given a second chance at living a normal and productive life.

Respectfully Yours,

*Dr. Joice C B. Lewis*

Joice Christine Bailey Lewis, BA,MA, EDD, CLA

Jan 1, 2026

The Honorable
R. David Proctor
U.S District Court
1729 fifth Avenue North
Birmingham, Alabama 35203

My Purpose for this letter
is on the behave of Mr. lewis
I been knowning him for 18 plus
years. He's a good person with that
been said I do understand his federal
charges so does he. He also understand
that he has to take respondabilty
for his action. People make mistakes
but ive seen him do years of
good helping others in need even
people he does not know. He
always kept a job very hard worker.

He's Human everyone makes mistakes
I really know Mr. lewis learned
from his for sure. Me as a person
he is one person I can truly
Can. Im not saying give him
a slap on the wrist but Can you
please show him some sympathy
he has a army of loves one
waiting on him.

04/04/20

The Honorable R. David Proctor
U.S. District Court
1729 Fifth Avenue North
Birmingham, Alabama 35203

Dear Judge Proctor,

My reascing on this letter is behalf an Mr lewis the insentries
on this letter is to gave Mr. lewis a reasonable Senfencing
ive known him for 15 plus years real good fraaard / Brother
always kind look out for other. Never known him as a trouble
Maker. Myself I live in the Sane city practically gemp with him
I work with people Myself in Retail.    → cart,

I am aware he plead guilty, So does he. He Knews his actions are wrong. and require Consiqueces. I understand people arent perfect but are deserving of 2nd chances. He's more family than friend from the amount of time I've Known him. I've Known him to be a hard worner and dedicated to his family. Whether its providing financial or emotional Support.

To Summarize Mr. lewis committed a crime yes, however it is my belief we all make mistakes and deserve a opportunity for Redemption.

On behalf of Jalen Lewis, I thank you. Daniel S